William E. ALTON, Plaintiff—Appellant,

v.

MARYLAND DEPARTMENT OF PUBLIC SAFETY & CORRECTIONAL SERVICES; Western Correctional Institution; WCI Dietary Department; Commissioner of Correction; Isais Tessama, Medical Director; Gary Maynard, Secretary; J. Michael Stouffer, Commissioner; Jon Galley, Regional Deputy Commissioner; J.P. Morgan, Warden; H.B. Murphy, Assistant Warden; Lieutenant Robert M. Friend; Lieutenant Curran P. McKenzie; Bruce McKenzie, CO II; B. Brinkman, CO II; S.R. Shaffer, CO II; Keith Meridith Toothaker; Lance Harbaugh, Dietary Supervisor; Melissa Maytrey; Shuck, C.D.O.; Lieutenant Lee; Stephen Helmick, CCMS II; James Tichnell, Case Manager; R.S. Roderick, Case Manager; Brian Bell; Gregg L. Hershberger, Warden, Defendants—Appellees.

No. 11–6570.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 18, 2011.

Decided: Aug. 23, 2011.

William E. Alton, Appellant Pro Se.
Glenn William Bell, Stephanie Judith Lane
Weber, Office of the Attorney General of
Maryland, Baltimore, Maryland; Philip
Melton Andrews, Katrina J. Dennis, Kramon
& Graham, PA, Baltimore, Maryland,
for Appellees.

Before WILKINSON, DAVIS, and
KEENAN, Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

William E. Alton, III, appeals the district
court's order denying relief on his 42
U.S.C. § 1983 (2006) complaint. We have
reviewed the record and find no reversible
error. Accordingly, we affirm for the reasons
stated by the district court. *Alton v.
Md. Dep't of Pub. Safety & Corr. Servs.,*
No. 1:10–cv–01812, 2011 WL 826375
(D.Md. Mar. 7, 2011). We dispense with
oral argument because the facts and legal
contentions are adequately presented in
the materials before the court and argument
would not aid the decisional process.

*AFFIRMED.*